ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8974
    Facsimile:  (415) 744-0134
    E-Mail:  Ann.Maley@ssa.gov
Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DWIGHT L. GOSSETT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | CV 12-07185 JC<br><br>JUDGMENT FOR REMAND |

IT IS ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

DATED:     March 21, 2013              _____/s/_____
                                                                HON. JACQUELINE CHOOLJIAN
                                                                UNITED STATES MAGISTRATE JUDGE

-1-