IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, GOSSETT DWIGHT, JR.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DWIGHT GOSSETT, JR.,<br><br>        Plaintiff,<br>    vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ,<br><br>        Defendants. | Case No.: CV 12-7185  JC<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>HON. JACQUELINE CHOOLJIAN<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND SIX HUNDRED TWENTY ONE DOLLARS ($3,621.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:    April 12, 2013

_____/s/_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE